A. H. Woods Theatre Company, Inc., Respondent, *v.* John F. Gilchrist, Commissioner of Licenses of the City of New York, Appellant.

*New York city — theatres — power of commissioner of licenses to revoke license of theatre.*

*Woods Theatre Co., Inc., v. Gilchrist*, 200 App. Div. 128, affirmed. (Argued April 18, 1922; decided May 2, 1922.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1922, which reversed an order of Special Term denying a motion to continue an injunction *pendente lite* in an action to enjoin the commissioner of licenses of the city of New York from revoking the license issued to the plaintiff authorizing it to present theatrical productions in its theatre. The Appellate Division held that the said commissioner had no authority to revoke plaintiff's license. The following question was certified: " Has the commissioner of licenses of the city of New York power to revoke a license of a theatre where dramatic performances or other entertainments of the stage are exhibited? "

*John P. O'Brien, Corporation Counsel (John F. O'Brien* and *John Lehman* of counsel), for appellant.

*Max D. Steuer, Louis J. Vorhaus* and *Henry Epstein* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin and Andrews, JJ. Dissenting: Hogan, Pound and Crane, JJ.